# IN THE UNITED STATES DISTRICT COURT FOR
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:02-cr-00053-06** |
| | ) | **JUDGE CAMPBELL** |
| **STEVE CORLEW** | ) | |

## ORDER

Pending before the Court is a Superseding Petition (Doc. No. 991) alleging violations of the Defendant's Conditions of Supervised Release. The Court will hold a hearing on the Petition on Monday, May 7, 2018, at 3:00 p.m.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE